**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Julia A. Luster (State Bar No. 295031)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone:  (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:   ltfisher@bursor.com
           apersinger@bursor.com
           jluster@bursor.com

**THE MARLBOROUGH LAW FIRM, P.C.**
Christopher Marlborough (*pro hac vice*)
445 Broad Hollow Road, Suite 400
Melville, NY 11747
Telephone:  (212) 991-8960
Facsimile:  (212) 991-8952
E-Mail:  chris@marlboroughlawfirm.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY WIGGINS, individually and on behalf of all others similarly situated, | Case No. 3:14-cv-02733 |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| RISE-N-SHINE, LLC and CATHY BEGGAN, | |
| Defendants. | |

The purpose of this notice is to inform the Court that the parties have reached a settlement and anticipate filing a notice of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1) shortly. The parties agree that the Court should vacate the November 20, 2014 case management conference and all other related deadlines.  In the unlikely event that it becomes necessary to reset any deadlines, the parties will immediately inform the Court and submit a proposed schedule for the Court's approval.

Dated:  November 5, 2014

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:___*/s/ L. Timothy Fisher*_____

L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Julia A. Luster (State Bar No. 295031)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone:  (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
          apersinger@bursor.com
          jluster@bursor.com

**THE MARLBOROUGH LAW FIRM, P.C.**
Christopher Marlborough (*pro hac vice*)
445 Broad Hollow Road, Suite 400
Melville, NY 11747
Telephone:  (212) 991-8960
Facsimile:  (212) 991-8952
E-Mail:  chris@marlboroughlawfirm.com

*Attorneys for Plaintiff*

**SACKS, RICKETTS & CASE LLP**

By: */s/ Michele Floyd*_____

Michele Floyd (State Bar No. 163031)
Amit Rana (State Bar No. 291912)
Neel S. Limaye (State Bar No. 295321)
177 Post Street, Suite 650
San Francisco, CA 94108
Telephone:  (415) 549-0580
Facsimile:  (415) 549-0640
E-Mail: mfloyd@srclaw.com

arana@srclaw.com
nlimaye@srclaw.com

*Attorneys for Defendants*